JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| TRAVIS WAYNE MYDLAND, an individual, | Case No.: 2:19-CV-09363-AB-(AFM) |
|---|---|
| Plaintiff, | **ORDER RE: STIPULATION OF DISMISSAL WITH PREJUDICE** |
| v. | |
| ALAMON INC., a Montana corporation; and DOES 1 through 100, inclusive, | |
| Defendants. | |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Plaintiff TRAVIS WAYNE MYDLAND ("Plaintiff") and Defendant ALAMON INC. ("Defendant"), filed a stipulation of dismissal of the entire action, with prejudice.

For good cause appearing, it is hereby ORDERED that the above-entitled action is dismissed with prejudice with each party to pay his or its own attorneys' fees and costs.

**IT IS SO ORDERED.**

Dated: June 26, 2020           By: _____
                                    United States District Judge